UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY D. HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 15-cv-733-CVE-FHM |
| ) | |
| PROGRESSIVE NORTHERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, Billy D. Hudson, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 7th day of July 2016.

s/ John L. Harlan
*(Signed by Filing Attorney with Permission of Attorney)*
John L. Harlan, OBA No. 3861
JOHN L. HARLAN & ASSOCIATES
404 East Dewey Street
Post Office Box 1326
Sapulpa, Oklahoma 74067
Telephone:    918-227-2590
Facsimile:    918-227-1914
**ATTORNEYS FOR PLAINTIFF**

s/ Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANT**